# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAMMON MAYFIELD, <br><br> Defendant. | 8:19CR39 <br><br> ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |

The defendant appeared before the Court on June 28, 2021 regarding Petition for Offender Under Supervision [43]. Richard H. McWilliams represented the defendant. Matt E. Lierman represented the government.

The government moved for detention based upon risk of flight and danger. The defendant was not in federal custody and the issue of detention was held in abeyance until such time as the defendant comes into federal custody.

The defendant has now come into federal custody and requested a detention hearing which was held. The court finds that the defendant failed to meet his burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1). The government's motion for detention is granted as to risk of flight and danger and the defendant shall be detained until further order of the Court.

The defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a correctional facility and shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for an appearance in connection with a court proceeding.

Dated this 28th day of June, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge