IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMMON MAYFIELD,

    Defendant.

8:19CR39

**ORDER**

    Pursuant to the plea agreement in Case Number 8:21CR167, the government has moved to dismiss the Petition for Offender Under Supervision (Filing No. 43) in this case. The motion is granted and the Petition for Offender Under Supervision is dismissed without prejudice and the term of supervised release is terminated as to Dammon Mayfield.

    IT IS SO ORDERED.

    Dated this 16th day of February 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge